THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anderson Hightower, III,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-435 
Submitted April 18, 2003  Filed June 
 25, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Anderson Hightower, III appeals an order of the circuit 
 court denying his motion to reconsider a prior order denying his request for 
 an appeal bond.  Hightower argues the lower court erred in denying his original 
 petition for a bond because the court incorrectly determined S.C. Code Ann. 
 § 18-1-90 does not provide for the grant of a bond on appeal from a probation 
 revocation.  
Counsel for Hightower submitted a final brief and attached a petition 
 to be relieved stating he reviewed the record and found the appeal to be without 
 merit.  After a thorough review of the record and counsels brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Hightowers appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
 CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.